STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. CHARLES R. STOUT, DEFENDANT-PETITIONER.

*Mr. Robert W. O'Hagan* for the petitioner.

*Mr. Vincent P. Keuper, Mr. Thomas L. Yaccarino* and *Mr. Ronald B. Rosen* for the respondent.

September 17, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. CONNIE LEE COLLINS, DEFENDANT-PETITIONER.

*Mr. Charles B. Turner* for the petitioner.

*Mr. Jaseph P. Lordi* and *Mr. Alan Silber* for the respondent.

September 17, 1968. Denied.

THE FARMERS AND MERCHANTS NATIONAL BANK OF BRIDGETON, NEW JERSEY, PLAINTIFF-RESPONDENT, v. BOARDWALK NATIONAL BANK, DEFENDANT-RESPONDENT, AND HAMMONTON INVESTMENT AND MORTGAGE CO., DEFENDANT-PETITIONER.

*Mr. Clarence Blitz* for the petitioner.

*Messrs. Kirkman, Mulligan, Bell & Armstrong,* and *Mr. Samuel J. Serata* for the respondents.

September 17, 1968. Denied.